# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: KENNETH J. KEAFER § Case No. 12-84454
      MELISSA A. KEAFER §
                                      §
             Debtors §

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/29/2012.

2) The plan was confirmed on 03/08/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 12/14/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/03/2014.

5) The case was converted on 04/02/2014.

6) Number of months from filing or conversion to last payment: 14.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $39,050.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 19,412.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 19,412.00 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 1,890.50 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,180.52 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,071.02 |
| Attorney fees paid and disclosed by debtor: | $ 1,609.50 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| MACEY BANKRUPTCY LAW, PC | Lgl | 1,525.00 | 3,500.00 | 3,500.00 | 1,890.50 | 0.00 |
| TD AUTO FINANCE LLC | Sec | 0.00 | 5,426.71 | 5,426.71 | 2,071.62 | 480.39 |
| BANK OF AMERICA NA | Sec | 30,000.00 | 45,467.40 | 45,467.40 | 5,883.33 | 0.00 |
| AAMS LLC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS / MED BUSINESS | Uns | 387.00 | NA | NA | 0.00 | 0.00 |
| BAYSTATE GAS - BROCKTON | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| BAYSTATE GAS - BROCKTON | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Uns | 564.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Uns | 519.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 255.00 | 255.08 | 255.08 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,466.00 | 1,800.31 | 1,800.31 | 0.00 | 0.00 |
| CAP ONE | Uns | 1,443.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 6,691.00 | 6,691.26 | 6,691.26 | 0.00 | 0.00 |
| COLUMBUS BANK & TRUST | Uns | 1,293.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONT | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Uns | 333.00 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| EXXMBLCITI | Uns | 550.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIRST PREMIER BANK | Uns | 388.00 | NA | NA | 0.00 | 0.00 |
| H & F LAW | Uns | 389.00 | NA | NA | 0.00 | 0.00 |
| HORIZON FIN | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 6,991.00 | 6,991.65 | 6,991.65 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 639.00 | 519.94 | 519.94 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 580.00 | 564.68 | 564.68 | 0.00 | 0.00 |
| HSBC BEST BUY | Uns | 1,280.00 | NA | NA | 0.00 | 0.00 |
| IMAGINE | Uns | 582.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 341.00 | 341.01 | 341.01 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYS | Uns | 341.00 | NA | NA | 0.00 | 0.00 |
| MACYS / FDSB | Uns | 625.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 2,450.00 | 2,350.23 | 2,350.23 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 1,354.00 | 1,293.44 | 1,293.44 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 670.00 | 640.34 | 640.34 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 609.00 | 582.05 | 582.05 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 413.00 | 395.62 | 395.62 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 185.00 | 212.56 | 212.56 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 4,751.00 | 20,367.15 | 20,367.15 | 0.00 | 0.00 |
| SALLIE MAE | Uns | 4,592.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,750.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 2,812.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 937.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Uns | 778.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Sec | 0.00 | 18,989.09 | 15,000.00 | 5,020.91 | 1,359.00 |
| SANTANDER CONSUMER USA | Uns | 0.00 | 0.00 | 3,989.09 | 0.00 | 0.00 |
| AFNI | Uns | 388.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Uns | 111.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS COMPANY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE | Uns | 1,293.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT& T | Uns | 87.00 | 278.55 | 278.55 | 0.00 | 0.00 |
| BUREAU OF COLLECTION | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 1,800.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Uns | 625.00 | 625.30 | 625.30 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EOS CCA | Uns | 454.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Uns | 425.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 6,692.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 4,592.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Uns | 778.00 | NA | NA | 0.00 | 0.00 |
| WEST BAY ACQUISITIONS | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 671.58 | 671.58 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 550.33 | 550.33 | 0.00 | 0.00 |
| MORGAN HILL CONDOMINIUM | Sec | 2,400.00 | 4,611.15 | 4,611.15 | 1,525.73 | 0.00 |
| MORGAN HILL CONDOMINIUM | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 0.00 | 4,491.92 | 4,491.92 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 0.00 | 670.55 | 0.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO% | Uns | 0.00 | 1,254.48 | 1,254.48 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 388.08 | 388.08 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,406.39 | 1,406.39 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
|     Mortgage Arrearage | $ 45,467.40 | $ 5,883.33 | $ 0.00 |
|     Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
|     All Other Secured | $ 25,037.86 | $ 8,618.26 | $ 1,839.39 |
| **TOTAL SECURED:** | $ 70,505.26 | $ 14,501.59 | $ 1,839.39 |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
|     Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
|     All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 56,661.04 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
|     Expenses of Administration | $ 3,071.02 |
|     Disbursements to Creditors | $ 16,340.98 |
| **TOTAL DISBURSEMENTS:** | $ 19,412.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  06/19/2014             By:  /s/ Lydia S. Meyer
                                   Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.